AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. SA-25-MJ-238 |
| KEVIN MARVEIL HOLT | ) |
| *Defendant(s)* | ) |

**FILED**
February 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AB_____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 18, 2025  in the county of  Bexar  in the
Western District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(j) | Possession of a Stolen Firearm |
| | Penalties: Up to 10 Years Imprisonment, $250,000 Fine, 3 Years Supervised Release, and $100 Mandatory Special Assessment. |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

MATTHEW ALVIS
Digitally signed by MATTHEW ALVIS
Date: 2025.02.18 16:33:06 -06'00'

*Complainant's signature*

Matthew Alvis, ATF Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: February 19, 2025

*Judge's signature*

City and state: San Antonio, Texas

ELIZABETH S. CHESTNEY, US MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Matthew Alvis, duly sworn do hereby depose and state:

1. Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and has been so employed since 2021. I have personally conducted investigations on a variety of federal criminal statutes, often involving the unlawful possession of firearms by prohibited persons and the illegal trafficking of firearms.

2. ATF and Homeland Security Investigations (HSI) are investigating the December 21, 2024, burglary of the Live Oak Gun Show at the Hilton Garden Inn of Live Oak, Texas, in the Western District of Texas. A total of 19 handguns were stolen from two federal firearm licensees (FFLs) at the gun show. Through this investigation, agents identified **Kevin Marveil HOLT** as a suspect involved in violations of Title 18 U.S.C. § 922(j).

3. On December 21, 2024, at approximately 7:09pm, an older light-colored Dodge Charger entered the view of the Hilton Garden Inn - Live Oak's front desk surveillance camera. Approximately 30 seconds later, an African American male entered the hotel via the front sliding glass door and approached the front desk. The man, wearing a large, round brimmed cowboy hat, gold aviator glasses, a dark blue and orange pullover sweater, and Vans style shoes, spoke to the receptionist, who pointed toward the hallway leading to the convention center lobby and Live Oak Gun Show entrance. The gun show had closed for business at 5:00pm. The man walked toward the convention center lobby and disappeared from camera view.

4. Between approximately 7:11pm – 7:18pm, the man approached the main convention center door, leading to the gun show floor, and then walked down a hallway with no camera coverage, leading to a second convention center showroom door and the pool exit. The man returned through the front main hotel entry door before disappearing from camera view on the same convention center hallway leading to a showroom floor access door and the pool exit. Agents observed that no other individuals approached the convention center doors and hallway in the security video.

5. On the morning of December 22, 2024, the owner of Sparks Firearms, an FFL, entered the convention center floor and found 13 handguns stolen from their display tables. Your affiant responded to the theft and obtained a detailed list of the stolen firearms. ATF documented damage to the wall where a door handle appeared to have been forced open and dented the wall. Agents also contacted the owners of Gun Garage, another FFL, and learned six handguns were stolen from their display tables as well.

6. On February 5, 2025, agents learned that two of the stolen firearms had been sold by **HOLT** at pawn shops in the San Antonio, Texas, area. On February 3, 2025, **HOLT** sold a 9mm handgun stolen from Gun Garage to a pawn shop. On February 4, 2025, **HOLT** sold a .38 special revolver stolen from Sparks Firearms to a different pawn shop in San Antonio, saying he got the gun as a gift. Agents responded to the pawn shops and recovered the stolen firearms.

7. Agents identified a 2008 Dodge Charger registered to a female with the last name **HOLT** at **HOLT's** residence. ATF also identified **HOLT's** Facebook page and discovered a photo from October 31, 2024, of **HOLT** wearing a large, round brimmed cowboy hat and gold Aviator eyeglasses, which appear to be like the hat and glasses worn by the suspect in the Live Oak Gun Show burglary.

8. On February 14, 2025, United States Magistrate Judge Richard B. Farrer signed a federal search warrant for **HOLT**'s residence in San Antonio.

9. Agents executed the warrant at **HOLT**'s residence on February 18, 2025. **HOLT** said to agents that he was present at the gun show the day of the burglary. **HOLT** claimed he walked onto the gun show sales floor, saw no one was inside, and left. During a search of **HOLT's** residence, agents discovered a large, round brimmed cowboy hat, gold aviator glasses, a dark blue and orange pull over sweater, and Vans style shoes, matching the outfit worn by the suspect the day of the burglary.

10. **HOLT** admitted to agents that he had a firearm under his bed mattress. That firearm was a Ruger RXM, 9mm, handgun with serial number 094-19887, which had been reported stolen from the Live Oak Gun Show.

11. A preliminary ATF nexus check determined that the Ruger RXM was not manufactured in the State of Texas and traveled in interstate commerce.

12. Based on the above facts, there is probable cause to believe that **HOLT** violated 18 U.S.C. § 922(j) (Possession of a Stolen Firearm).

MATTHEW ALVIS  
Digitally signed by MATTHEW ALVIS  
Date: 2025.02.18 16:33:22 -06'00'

Special Agent Matthew Alvis  
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to telephonically and signed electronically on February __19th__, 2025.

_____  
HONORABLE ELIZABETH S. CHESTNEY  
UNITED STATES MAGISTRATE JUDGE